1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7





8               IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          CASE NO. 1:19-MJ-00205 SKO
12              Plaintiff,             ORDER SEALING DOCUMENTS
13      v.                             **UNDER SEAL**
14 AUGUSTIN VALDOVINOS, JR., ET AL.,
15              Defendants.
16

17      Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's
18 Request to Seal,
19      IT IS HEREBY ORDERED that the government's Complaint, Arrest Warrants, and
20 Government's Request to Seal and this Order shall be SEALED until further order of this Court.
21      IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the
22 government and counsel for the defendant.
23      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*
24 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in
25 the Government's request, sealing the Complaint serves a compelling interest. The Court further finds
26 that, in the absence of closure, the compelling interests identified by Government would be harmed. In
27 light of the public filing of its request to seal, the Court further finds that there are no additional
28 alternatives to sealing the Government's motion pursuant to U.S.S.G 5k1.1 that would adequately

REQUEST TO SEAL COMPLAINT                    1

protect the compelling interests identified by the Government.

Dated: *October 29, 2019*

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE