ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 559-4000
Facsimile:  (559) 559-4099


Attorneys for the
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-cr-242-JLT-SAB |
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| LUIS ORTEGA-CRUZ, | |
| Defendant. | |

The United States now moves to dismiss the indictment against Luis Ortega-Cruz filed on November 14, 2019, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


Dated:  June 4, 2026                              ERIC GRANT
                                                             United States Attorney

                                            By:    /s/  Antonio J. Pataca
                                                             ANTONIO J. PATACA
                                                             Assistant U.S. Attorney

1

Order

The Court hereby orders that the indictment against Luis Ortega-Cruz in case number 1:19-cr-242-JLT-SAB, filed on November 14, 2019, be DISMISSED WITHOUT PREJUDICE

DATED:    June 5, 2026

JENNIFER L. THURSTON
United States District Judge

2